# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Steven J. Lundmark,**           **Court File No.: 22-cv-01493 (KMM/LIB)**

    **Plaintiff,**

                                                   **ORDER**

**vs.**

**Beltrami County, et al.,**

    **Defendants.**

---

Pursuant to the Stipulation of the parties, (Doc. No. \_\_\_\_), IT IS HEREBY ORDERED that the current scheduling order (Doc. No. 59) is amended as follows:

1. All dispositive motions must be served and filed on or before **January 31, 2025**;

2. The case shall be ready for trial on **March 31, 2025**.

The remainder of the current scheduling order (Doc. No. 59) remains in full force and effect.

Dated:_____

                                                           Magistrate Judge Leo I. Brisbois