# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven J. Lundmark, | Court File No.: 22-cv-01493 (KMM/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Beltrami County, et al., | |
| Defendants. | |

Pursuant to the Stipulation of the parties, (Docket No. 86), **IT IS HEREBY ORDERED** that the current Second Amended Pretrial Scheduling Order (Docket. No. 59) is amended as follows:

X.

All dispositive motions must be served and filed on or before **January 31, 2025**. Summary judgment motions may not be filed before the close of discovery (fact and expert) without seeking permission from Judge Menendez's chambers. If a party wants to file an early summary judgment motion, they must file a letter on the docket seeking leave to do so.

Dispositive motions must comply with Local Rule 7.1 and the Electronic Case Filing Procedures for the District of Minnesota. Counsel must schedule a hearing on dispositive motions prior to filing by emailing Judge Menendez's chambers at menendez_chambers@mnd.uscourts.gov. **Courtesy copies are not requested or accepted by Judge Menendez.**

XI.

That this case shall be ready for trial on **April 1, 2025**[1], or sixty (60) days after the Court renders its Order on any dispositive motion (whichever is later), at which time the case will be placed on the Court's **JURY** trial calendar.[2]  That the anticipated length of Trial is **seven (7) days**.

The remainder of Docket No. 59 remains in full force and effect.

DATED:  November 20, 2024                     s/Leo I. Brisbois
                                              Hon. Leo I. Brisbois
                                              U.S. MAGISTRATE JUDGE

---

[1] **THIS DATE IS NOT A TRIAL SETTING DATE**.  The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar.  The above date is merely a notice to all parties to consider the case ready for trial as of this date.  **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED.**

[2] The parties are encouraged to discuss and seriously consider consenting to trial by the Magistrate Judge.  See, 28 U.S.C. sec. 636(c).  Consent could simplify case management, reduce time and expense to the parties, and allow for a date certain trial earlier because it would not need to compete with dates on the Felony trial calendar of the District Judge.